**FIRST DIVISION**
**PHIPPS, P. J.,**
**ELLINGTON, P. J., and MCMILLIAN, J.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**June 7, 2016**

# In the Court of Appeals of Georgia

A14A1824. SMITH v. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY.

A14A1825. CHUPP v. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY.

PHIPPS, Presiding Judge.

In *Ga. Farm Bureau Mut. Ins. Co. v. Smith*,[1] the Supreme Court of Georgia reversed this court's decision in *Smith v. Ga. Farm Bureau Mut. Ins. Co.*[2] Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgments.

*Judgments affirmed. Ellington, P.J., and McMillian, J., concur.*

---

[1] 298 Ga. 716 ( __ SE2d __ ) (2016).

[2] 331 Ga. App. 780 (771 SE2d 452) (2015).